# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 235 EAL 2020

      Respondent    :

      :    Petition for Allowance of Appeal
      :    from the Order of the Superior Court

      v.    :

BRIAN ADORNO,    :

      Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 236 EAL 2020

      Respondent    :

      :    Petition for Allowance of Appeal
      :    from the Order of the Superior Court

      v.    :

BRIAN ADORNO,    :

      Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.